UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ALTIERE, JENNIFER L. § Case No. 10-24601
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK OF THE COURT
      219 S. Dearborn
      Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/10/2014 in Courtroom ,
      Joliet City Hall
      150 West Jefferson, 2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/27/2013        By: /s/ Michael G. Berland
                           Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ALTIERE, JENNIFER L. § Case No. 10-24601
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 22,720.77 |
| and approved disbursements of | $ 10,637.45 |
| leaving a balance on hand of[1] | $ 12,083.32 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,728.08 | $ 0.00 | $ 2,728.08 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 17.60 | $ 0.00 | $ 17.60 |
| Other: Eckhoff & Massarelli | $ 7,650.00 | $ 7,650.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,745.68 |
| Remaining Balance | | $ | 9,337.64 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 48,061.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Eckhoff & Massarelli, P.C. | $ 14,283.12 | $ 0.00 | $ 2,775.02 |
| 000002 | VonMaur | $ 708.16 | $ 0.00 | $ 137.59 |
| 000003 | Capital One Bank (USA), N.A. | $ 7,238.46 | $ 0.00 | $ 1,406.34 |
| 000004 | PYOD LLC ias assignee of Citibank, NA | $ 6,209.25 | $ 0.00 | $ 1,206.38 |
| 000005 | Midland Funding LLC | $ 580.99 | $ 0.00 | $ 112.88 |
| 000006 | 1st Financial Bank | $ 12,156.73 | $ 0.00 | $ 2,361.89 |
| 000007 | US Department of Education | $ 1,645.34 | $ 0.00 | $ 319.67 |
| 000008 | American Express Centurion Bank | $ 5,239.04 | $ 0.00 | $ 1,017.87 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,337.64 |
| | Remaining Balance | | | $ 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-24601-BWB
Jennifer L. Altiere                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: kseldon         Page 1 of 2         Date Rcvd: Dec 02, 2013
                            Form ID: pdf006       Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2013.
```
db         +Jennifer L. Altiere,    1764 N. Fieldstone Drive,    Shorewood, IL 60404-8110
16170924   +1st Financial Bank,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15650996   +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
16302599    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15650997   +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
15650998   +Department Stores National Bank,    9111 Duke Blvd.,    Mason, OH 45040-8999
15651004   +HR Accounts Inc./Central DuPage,    7017 John Deere Parkway,    Moline, IL 61265-8072
15651005  ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
            (address filed with court: HSBC Retail Services,    P.O. Box 15524,    Wilmington, DE 19850)
15651001   +Harris Bank, N.A.,    P.O. Box 94034,    Palatine, IL 60094-4034
15651002   +Harris N.A.,    P.O. Box 94034,    Palatine, IL 60094-4034
15651003   +Home Depot/Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
15988362    Linden Oaks Hospital,    Dept 4070,    Carol Stream, IL 60122-4070
15651007   +Macy's,    9111 Duke Blvd,    Mason, OH 45040-8999
19927175    Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
15988363    Riverside P & C Associates,    1341 Warren Ave Ste B,    Downers Grove, IL 60515-3437
15651008   +US Department of Education,    P.O. Box 5609,    Greenville, TX 75403-5609
15651009   +VonMaur,    6565 N. Brady Street,    Davenport, IA 52806-2054
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15650995   +E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 03 2013 02:00:51     America Honda Finance,
             2170 Point Blvd Suite 100,    Elgin, IL 60123-7875
15994058    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 03 2013 02:19:57     Capital One Bank (USA), N.A.,
             by American Infosource Lp As Agent,    PO Box 248839,    Oklahoma City, OK  73124-8839
15650999   +E-mail/Text: lawyers@gelawoffices.com Dec 03 2013 02:01:45     Eckhoff & Massarelli, P.C.,
             330 S. Naperville Road, Suite 408,    Wheaton, IL 60187-5442
15650994   +E-mail/Text: bankruptcynotice@1fbusa.com Dec 03 2013 02:00:25     First Financial Bank,
             363 W. Anchor Drive,    North Sioux City, SD 57049-5154
15651000   +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2013 01:50:31     GE Capital/Care Credit,
             P.O. Box 981439,    El Paso, TX 79998-1439
16135005    E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2013 01:53:37     GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16020118   +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 03 2013 02:23:54
             PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19927176    E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2013 01:53:37     Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 8
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Gloria Longest
aty          Grant Eckhoff
20311516*  +++Capital One Bank (USA), N.A.,    by American Infosource Lp as Agent,    PO Box 248839,
             Oklahoma City, OK 73124-8839
15651006   ##+Kevin T. Altiere,    1250 Spalding,    Bartlett, IL 60103-1247
                                                                                 TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2013                          Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: kseldon            Page 2 of 2            Date Rcvd: Dec 02, 2013
                              Form ID: pdf006          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2013 at the address(es) listed below:

        John C Renzi    on behalf of Debtor Jennifer L. Altiere jcrenzi@jprlaw.net
        Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
        Michael G Berland    einstein829@earthlink.net,    IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 4