UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                §
                                      §
ALTIERE, JENNIFER L.                  §      Case No. 10-24601
                                      §
          Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/MICHAEL G. BERLAND _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jennifer Altiere |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | America Honda Finance 2170 Point Blvd Suite 100 Elgin, IL 60123 |  |  |  |  |  |
|  | Harris N.A. P.O. Box 94034 Palatine, IL 60094 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| ECKHOFF & MASERELLI | | | | | |
| ECKHOFF & MASSARELLI | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department Stores National Bank 9111 Duke Blvd. Mason, OH 45040 | | | | | |
| | GE Capital/Care Credit P.O. Box 981439 El Paso, TX 79998 | | | | | |
| | HR Accounts Inc./Central DuPage 7017 John Deere Parkway Moline, IL 61265 | | | | | |
| | HSBC Retail Services P.O. Box 15524 Wilmington, DE 19850 | | | | | |
| | Harris Bank, N.A. P.O. Box 94034 Palatine, IL 60094 | | | | | |
| | Harris Bank, N.A. P.O. Box 94034 Palatine, IL 60094 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot/Citibank P.O. Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Kevin T. Altiere 1250 Spalding Bartlett, IL 60103 | | | | | |
| | Macy's 9111 Duke Blvd Mason, OH 45040 | | | | | |
| 000006 | 1ST FINANCIAL BANK | | | | | |
| 000008 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | ECKHOFF & MASSARELLI, P.C. | | | | | |
| 000005 | MIDLAND FUNDING LLC | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000007 | US DEPARTMENT OF EDUCATION | | | | | |
| 000002 | VONMAUR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-24601 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ALTIERE, JENNIFER L. | | | | Date Filed (f) or Converted (c): | 05/28/10 (f) |
| | | | | | 341(a) Meeting Date: | 07/19/10 |
| For Period Ending: | 03/20/14 | | | | Claims Bar Date: | 10/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2. Harris Cd 1/2 with mother     Lien on Cd with Harris | 9,600.00 | 0.00 | | 0.00 | FA |
| 3. Harris checking | 5.00 | 0.00 | | 0.00 | FA |
| 4. Chase checking | 150.00 | 0.00 | | 0.00 | FA |
| 5. Household furntiure | 625.00 | 0.00 | | 0.00 | FA |
| 6. Coin collection | 350.00 | 0.00 | | 0.00 | FA |
| 7. CD & Dvd | 85.00 | 0.00 | | 0.00 | FA |
| 8. Wearing apparel | 325.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 10. Life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11. Term life | 0.00 | 0.00 | | 0.00 | FA |
| 12. IRA | 2,100.00 | 0.00 | | 0.00 | FA |
| 13. Potential maintenance claim | Unknown | 0.00 | | 0.00 | FA |
| 14. Altiere v La rose colection | 19,500.00 | 0.00 | | 22,720.77 | FA |
| 15. 2009 Honda | 16,700.00 | 0.00 | | 0.00 | FA |
| 16. Pug | 25.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $49,915.00 | $0.00 | | $22,720.77 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee employed special counsel to attempt to collect a judgment. The Trustee filed a Motion To Pay Special Counsel.

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.04c

Case 10-24601    Doc 57    Filed 04/09/14    Entered 04/09/14 16:01:12    Desc Main
Document      Page 9 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-24601    BL    Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | ALTIERE, JENNIFER L. | Date Filed (f) or Converted (c): | 05/28/10 (f) |
| | | 341(a) Meeting Date: | 07/19/10 |
| | | Claims Bar Date: | 10/20/10 |

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-24601 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | ALTIERE, JENNIFER L. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******1526 Checking Account |
| Taxpayer ID No: | *******7950 | | | |
| For Period Ending: | 03/20/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/23/13 | 14 | ECKHOFF & MASERELLI | PAYMENT OF JUDGEMENT COLLECTED | 1129-000 | 22,720.77 | | 22,720.77 |
| 09/11/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 24.12 | 22,696.65 |
| 10/03/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 23.33 | 22,673.32 |
| 11/14/13 | 001001 | Eckhoff & Masserelli | Payment of attorney fee per court order | 3210-000 | | 7,650.00 | 15,023.32 |
| 11/14/13 | 001002 | Jennifer Altiere | Payment of exemption | 8100-000 | | 2,940.00 | 12,083.32 |
| 01/14/14 | 001003 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 2,728.08 | 9,355.24 |
| 01/14/14 | 001004 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 17.60 | 9,337.64 |
| 01/14/14 | 001005 | Eckhoff & Massarelli, P.C.<br>330 S. Naperville Road, Suite 408<br>Wheaton, IL 60187 | Claim 000001, Payment 19.42867% | 7100-000 | | 2,775.02 | 6,562.62 |
| 01/14/14 | 001006 | VonMaur<br>6565 N. Brady Street<br>Davenport, IA 52806-2052 | Claim 000002, Payment 19.42923% | 7100-000 | | 137.59 | 6,425.03 |
| 01/14/14 | 001007 | Capital One Bank (USA), N.A.<br>by American Infosource Lp as Agent<br>PO Box 248839<br>Oklahoma City, OK 73124 | Claim 000003, Payment 19.42872% | 7100-000 | | 1,406.34 | 5,018.69 |
| 01/14/14 | 001008 | PYOD LLC ias assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000004, Payment 19.42876% | 7100-000 | | 1,206.38 | 3,812.31 |
| | | | Page Subtotals | | 22,720.77 | 18,908.46 | |

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-24601 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | ALTIERE, JENNIFER L. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******1526  Checking Account |
| Taxpayer ID No: | *******7950 | | | |
| For Period Ending: | 03/20/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/14/14 | 001009 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000005, Payment 19.42891% | 7100-000 | | 112.88 | 3,699.43 |
| 01/14/14 | 001010 | 1st Financial Bank<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000006, Payment 19.42866% | 7100-000 | | 2,361.89 | 1,337.54 |
| 01/14/14 | 001011 | US Department of Education<br>P.O. Box 5609<br>Greenville, TX 75403 | Claim 000007, Payment 19.42881% | 7100-000 | | 319.67 | 1,017.87 |
| 01/14/14 | 001012 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 19.42856% | 7100-000 | | 1,017.87 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 22,720.77 | 22,720.77 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 22,720.77 | 22,720.77 | |
| Less: Payments to Debtors | | 2,940.00 | |
| Net | 22,720.77 | 19,780.77 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1526 | 22,720.77 | 19,780.77 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 22,720.77 | 19,780.77 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   3,812.31

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 10-24601 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | ALTIERE, JENNIFER L. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******1526  Checking Account |
| Taxpayer ID No: | *******7950 | | | |
| For Period Ending: | 03/20/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********1526

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.04c